IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

RONALD SCOTT BARRONTON,           )
                                  )
        Plaintiff,                )
                                  )
v.                                )        CV 626-004
                                  )
CENTURION MEDICAL PROVIDER,       )
                                  )
        Defendant.                )

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.  Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 30ᵗʰ day of March, 2026, at Augusta, Georgia.


_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA